AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| Barbara J. Martin, | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.     2:12-cv-649 |
| Carolyn W. Colvin, Acting | ) |
| Commissioner of Social Security, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

other:   **Pursuant to Sentence 4 of 42 U.S.C. §405(g), the decision of the Commissioner is reversed, and this case is REMANDED to the Commissioner for further administrative proceedings pursuant to this order and the joint stipulation.** .

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for _____

_____ .

Date:     Aug 7, 2013             *CLERK OF COURT*

                                            s/Denise M. Shane

                                          *Signature of Clerk or Deputy Clerk*